UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALMONDNET, INC., et al.,
Plaintiffs,

v.

BYTEDANCE INC,
Defendant.

Case No. 26-cv-08684-VC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Rita F. Lin for consideration of whether the case is related to *TikTok Inc v. AlmondNet, Inc. et al*, No. CV 3:25-cv-05721-RFL.

**IT IS SO ORDERED.**

Dated: 9/16/2026

VINCE CHHABRIA
United States District Judge